Book 11225 Page 0130 1pgs

Doc # 2012030159
Received Kennebec SS.
11/16/2012  9:29AM
Attest:
Beverly Bustin-Hatheway
Register of Deeds

## ASSIGNMENT OF MORTGAGE

KNOW all by these presents that

Fleet National Bank

with a mailing address of 315-317 Court Street, P.O. box 3092, Utica, NY 13502 ( Assignor ), the holder of a certain mortgage hereinafter mentioned, for consideration paid, the receipt whereof is hereby acknowledged, hereby assigns to

U.S. Bank, National Association, as Trustee for the Certificateholders
of the Banc of America Funding Corporation 2008-FT1 Trust,
Mortgage Pass-Through Certificates, Series 2008-FT1

with a mailing address c/o Bank of America, N.A., P.O. Box 5170 Simi Valley, CA 93065 ( Assignee ) all Assignor s right, title and interest in and to the following mortgage:

| | |
|---|---|
| Given by: | Julie A. Beedle and Duane C. Beedle |
| Given to: | Fleet National Bank |
| Dated: | September 18, 2003 |
| Recorded: | Book: 7726   Page: 296 |
| Registry: | Kennebec County Registry of Deeds |
| Property: | 389 Knowles Road , City/Town of Belgrade, Maine |

To have and to hold the same unto the Assignee and to the successors, legal representatives and assigns of Assignee forever. THIS ASSIGNMENT IS WITHOUT RECOURSE AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND OR NATURE, EITHER EXPRESS OR IMPLIED IN FACT OR IMPOSED BY LAW.

IN WITNESS WHEREOF, the undersigned has caused this Assignment to be executed by its duly authorized representative this 5 day of November, 2012.

Bank of America, N.A. SBM to
Fleet National Bank

By: [signature]
Name: FRANCIS MWANGI KIIRU
Its: ASSISTANT VICE PRESIDENT

State of Texas
County of Dallas

Date: 11-5-2012

Then personally appeared Francis Mwangi Kiiru, who provided to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

SACHE N. KEETON
My Commission Expires
February 11, 2013

Signature: [signature]
Print name: Sache N. Keeton
Comm. exp.: February 11, 2013

EXHIBIT D