Recording Requested By:
Nationstar Mortgage

When Recorded Return To:

DOCUMENT ADMINISTRATION
Nationstar Mortgage
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

BK12613   PGS 172 - 172   05/30/2017 12:04:42 PM
INSTR#: 2017010738   ATTEST: BEVERLY BUSTIN-HATHEWAY
RECEIVED KENNEBEC SS   REGISTER OF DEEDS
eRecorded Document

## CORPORATE ASSIGNMENT OF MORTGAGE

Kennebec, Maine
SELLER'S SERVICING #     BEEDLE"

Date of Assignment: April 17th, 2017
Assignor: U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE BANC OF AMERICA FUNDING CORPORATION 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1 BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT
at 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1 at 425 WALNUT STREET, CINCINNATI, OH 45202

Executed By: JULIE A. BEEDLE DUANE C. BEEDLE   To: FLEET NATIONAL BANK, PRINCIPALLY LOCATED IN RHODE ISLAND
Date of Mortgage: 09/18/2003 Recorded: 11/12/2003 in Book/Reel/Liber: 7726 Page/Folio: 296 In the County of Kennebec, State of Maine.

Property Address: 389 KNOWLES RD, BELGRADE, ME 04917

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $95,530.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE BANC OF AMERICA FUNDING CORPORATION 2008-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-FT1 BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT

On April 17th, 2017

By: _____
MOHAMED HAMEED, Assistant Secretary

STATE OF Texas
COUNTY OF Dallas

On April 17th, 2017, before me, COLLEEN BARNETT, a Notary Public in and for Dallas in the State of Texas, personally appeared MOHAMED HAMEED, Assistant Secretary, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
COLLEEN BARNETT
Notary Expires: 11/30/2019  #130453613

COLLEEN BARNETT
Notary Public, State of Texas
Comm. Expires 11-30-2019
Notary ID 130453613

(This area for notarial seal)



EXHIBIT E