# Doonan, Graves & Longoria LLC

## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

August 4, 2022

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Duane C. Beedle
389 Knowles Road
Belgrade, ME 04917

**Certified Article Number**
9414 7266 9904 2184 8273 79
**SENDER'S RECORD**

Julie A. Beedle
15 Jolly Roger Lane
Orris Island, ME 04066

**Certified Article Number**
9414 7266 9904 2184 8273 62
**SENDER'S RECORD**

Julie A. Beedle
389 Knowles Road
Belgrade, ME 04917

**Certified Article Number**
9414 7266 9904 2184 8273 55
**SENDER'S RECORD**

Julie A. Beedle
41 Lincoln Road
Dresden, ME 04342

**Certified Article Number**
9414 7266 9904 2184 8273 48
**SENDER'S RECORD**

Julie A. Beedle
PO Box 368
Lisbon Falls, ME 04252

**Certified Article Number**
9414 7266 9904 2184 8273 31
**SENDER'S RECORD**

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re: Property Address: 389 Knowles Road, Belgrade, ME 04917
    Loan Number:
    Payment Due Date: February 1, 2015

Dear Mortgagor:

   This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Nationstar Mortgage LLC d/b/a Mr. Cooper, the Mortgagee, U.S.

EXHIBIT
F

Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 and the Owner/Investor, U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Fleet National Bank its successors and assigns (if MERs) dated September 18, 2003 and recorded in the Kennebec County Registry of Deeds in Book 7726, Page 296. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Payments | $40,863.46 |
| Escrow - Taxes & Insurance | $38,794.90 |
| (See attached Escrow breakdown) | |

**TOTAL TO CURE DEFAULT:** $79,658.36

A portion of the amount due is reasonable interest in the amount of $34,539.30.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $79,658.36 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Nationstar Mortgage LLC d/b/a Mr. Cooper, Payment Processing, 8950 Cypress Waters Boulevard, Coppell, TX 75019. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Nationstar Mortgage LLC d/b/a Mr. Cooper at 888-480-2432 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and

under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1, the mortgage servicer, which is Nationstar Mortgage LLC d/b/a Mr. Cooper or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Nationstar Mortgage LLC d/b/a Mr. Cooper at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Nationstar Mortgage LLC d/b/a Mr. Cooper
Loss Mitigation Department/Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Nationstar Mortgage LLC d/b/a Mr. Cooper
U.S. Bank National Association, as Trustee
for Banc of America Funding 2008-FT1
Trust, Mortgage Pass-Through Certificates,
Series 2008-FT1

by its attorney

Reneau J. Longoria, Esq.

MNK
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

56526

This listing is current as of **01/23/2022.**

## Agencies located in MAINE

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-973-3500
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 262 Harlow St
Bangor, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-442-0122
**Email:** info@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Rental Housing Workshops
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://midcoastmainecommunityaction.org
**Agency ID:** 80502

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Godfrey Dr
Orono, Maine 04473-3610
**Counseling Services:** - Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** OWEESTA CORPORATION
**Website:** http://www.fourdirectionsmaine.org
**Agency ID:** 83879

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:** - Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:** - Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** mesha.quinn@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** info@kvcap.org
**Address:** 101 Water St
Waterville, Maine 04901-6339

**Counseling Services:** - Financial Management/Budget Counseling
　　　　　　　　　　 - Mortgage Delinquency and Default Resolution Counseling
　　　　　　　　　　 - Pre-purchase Counseling
　　　　　　　　　　 - Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

## Escrow Transactions

| Description | | Escrow Amt | Effective Dt | Posted Dt |
|---|---|---|---|---|
| ESCROW ADVANCE | | $9238.56 | 2011-12-12 | 2013-07-05 |
| ESCROW ADVANCE | | $-853.35 | 2013-07-05 | 2013-07-11 |
| TOWN TAX ADVANCE | | $2223.90 | 2013-08-29 | 2013-08-29 |
| HAZARD SFR ADVANCE | | $1904.00 | 2013-09-25 | 2013-09-25 |
| HAZARD SFR ADVANCE | | $2277.76 | 2014-02-04 | 2014-02-04 |
| ESCROW ADVANCE | | $-803.00 | 2014-02-05 | 2014-02-05 |
| HAZARD SFR ADVANCE | | $1583.32 | 2014-04-17 | 2014-04-17 |
| ESCROW ADVANCE | | $-13987.87 | 2014-04-18 | 2014-04-18 |
| ESCROW ADVANCE | | $-500.18 | 2014-04-18 | 2014-04-18 |
| ESCROW ADVANCE | | $-500.18 | 2014-04-18 | 2014-04-18 |
| ESCROW ADVANCE | | $-500.18 | 2014-04-18 | 2014-04-18 |
| ESCROW ADVANCE | | $500.18 | 2014-04-18 | 2014-04-18 |
| HAZARD SFR ADVANCE | | $3279.00 | 2014-07-01 | 2014-07-01 |
| ESCROW ADVANCE | | $-500.18 | 2014-07-03 | 2014-07-03 |
| ESCROW ADVANCE | | $500.18 | 2014-07-03 | 2014-07-10 |
| TOWN TAX ADVANCE | | $2484.44 | 2014-08-15 | 2014-08-15 |
| ESCROW ADVANCE | | $-500.18 | 2014-08-24 | 2014-08-25 |
| HAZARD SFR ADVANCE | | $3721.00 | 2015-06-05 | 2015-06-05 |
| TOWN TAX ADVANCE | | $2540.27 | 2015-08-19 | 2015-08-19 |
| HAZARD SFR ADVANCE | | $1273.00 | 2015-10-14 | 2015-10-14 |
| ESCROW ADVANCE | | $-500.18 | 2015-10-26 | 2015-10-27 |
| ESCROW ADVANCE | | $-1021.64 | 2015-11-12 | 2015-11-12 |
| ESCROW ADVANCE | | $-480.29 | 2016-02-22 | 2016-02-23 |
| HAZARD SFR ADVANCE | | $1934.00 | 2016-07-06 | 2016-07-06 |
| TOWN TAX ADVANCE | | $2553.60 | 2016-08-17 | 2016-08-17 |
| ESCROW ADVANCE | | $-480.29 | 2016-09-26 | 2016-09-26 |
| ESCROW ADVANCE | | $-480.29 | 2016-09-26 | 2016-09-26 |
| ESCROW ADVANCE | | $-480.29 | 2016-11-02 | 2016-11-02 |
| HAZARD SFR ADVANCE | | $1773.00 | 2017-04-20 | 2017-04-20 |
| TOWN TAX ADVANCE | | $2554.56 | 2017-08-24 | 2017-08-24 |
| HAZARD SFR ADVANCE | | $1807.00 | 2018-04-19 | 2018-04-19 |
| TOWN TAX ADVANCE | | $2590.04 | 2018-08-30 | 2018-08-30 |

| | | | | |
|---|---|---|---|---|
| HAZARD SFR ADVANCE | | $1891.00 | 2019-04-18 | 2019-04-18 |
| TOWN TAX ADVANCE | | $2728.41 | 2019-08-21 | 2019-08-21 |
| HAZARD SFR ADVANCE | | $1882.00 | 2020-04-21 | 2020-04-21 |
| TOWN TAX ADVANCE | | $2651.51 | 2020-08-18 | 2020-08-18 |
| HAZARD SFR ADVANCE | | $1854.00 | 2021-04-20 | 2021-04-20 |
| TOWN TAX ADVANCE | | $2682.27 | 2021-08-18 | 2021-08-18 |
| HAZARD SFR ADVANCE | | $1956.00 | 2022-04-19 | 2022-04-19 |



**Doonan, Graves & Long**
ATTORNEYS AT LAW | EXCELLENCI
100 CUMMINGS CENTER, SUITE
BEVERLY, MASSACHUSETTS 01

Julie A. Beedle
PO Box 368
Lisbon Falls, ME 04252

9414 7266 9904 2184 2273 31

CERTIFIED MAIL

FIRST-CLASS





US POSTAGE ⁀PITNEY BOWES

ZIP 01 915
02 7H
0001338074

$ 008.06⁰
AUG 05 2022



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY
100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Julie A. Beedle
PO Box 368
Lisbon Falls, ME 04252

FIRST-CLASS







US POSTAGE ⁀PITNEY BOWES

ZIP 01 915
02 7H
0001338074

$ 000.81⁰
AUG 05 2022

**PG** Doonan, Graves & Lo.
ATTORNEYS AT LAW | EXCELLE

100 CUMMINGS CENTER, SU
BEVERLY, MASSACHUSETTS

CERTIFIED MAIL

9414 7266 9904 2184 8273 62

Julie A. Beedle
15 Jolly Roger Lane
Orris Island, ME 04066



FIRST-CLASS



US POSTAGE IMI PITNEY BOWES

ZIP 01915
02 7H
0001338074
**$ 008.06⁰**
AUG 05 2022

---

**PG** Doonan, Graves & Longoria LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Julie A. Beedle
15 Jolly Roger Lane
Orris Island, ME 04066



FIRST-CLASS



US POSTAGE IMI PITNEY BOWES

ZIP 01915
02 7H
0001338074
**$ 000.81⁰**
AUG 05 2022



**Doonan, Graves & Lon**
ATTORNEYS AT LAW | EXCELLEN(

100 CUMMINGS CENTER, SUIT
BEVERLY, MASSACHUSETTS 0

CERTIFIED MAIL®

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9434 7266 9904 2384 8273 46

Julie A. Beedle
41 Lincoln Road
Dresden, ME 04342

FIRST-CLASS



ZIP 01915
02 7H
0001338074

**US POSTAGE** AND PITNEY BOWES
**$ 008.060**
AUG 05 2022

---



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Julie A. Beedle
41 Lincoln Road
Dresden, ME 04342

FIRST-CLASS

ZIP 01915
02 7H
0001338074

**US POSTAGE** AND PITNEY BOWES
**$ 000.81⁰**
AUG 05 2022

**Doonan, Graves & Longoria LLC**

ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Julie A. Beedle
389 Knowles Road
Belgrade, ME 04917

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 01915
02 7H
0001338074
$ 000.810
AUG 05 2022

---

**Doonan, Graves & Longo**

ATTORNEYS AT LAW | EXCELLENCE

100 CUMMINGS CENTER, SUITE 3
BEVERLY, MASSACHUSETTS 019

Julie A. Beedle
389 Knowles Road
Belgrade, ME 04917



CERTIFIED MAIL

9414 7266 9904 2184 8273 55

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 01915
02 7H
0001338074
$ 008.060
AUG 05 2022



**Doonan, Graves & Long**
ATTORNEYS AT LAW | EXCELLENC
100 CUMMINGS CENTER, SUITE
BEVERLY, MASSACHUSETTS 01

9414 7266 9904 2164 6273 79

CERTIFIED MAIL®

Duane C. Beedle
389 Knowles Road
Belgrade, ME 0491?



FIRST-CLASS



US POSTAGE ™ PITNEY BOWES

ZIP 01915
02 7H
0001338074   $ 008.06⁰

AUG 05 2022



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

Duane C. Beedle
389 Knowles Road
Belgrade, ME 04917

FIRST-CLASS





US POSTAGE ™ PITNEY BOWES

ZIP 01915
02 7H
0001338074   $ 000.81⁰

AUG 05 2022

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

PS Form **3817**, April 2007  PSN 7530-02-000-9065

To pay fee, affix stamps or meter postage here.

Postmark Here

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

To: Diane Beedle
389 Knowles Road
Belgrade, ME 04917

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From: Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

To: Julie A. Beedle
PO Box 3168
Lisbon Falls, ME 04252

Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From: Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

To: Julie A. Beedle
41 Lincoln Road
Dresden, ME 04342


Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From: Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915

To: Julie A. Beedle
389 Knowles Road
Belgrade, ME 04917

Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From: Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915





S96780.078

$1.65 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

$1.65 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915
S96780.074

$1.65 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915
S96780.075

$1.65 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915
S96780.076

$1.65 0
US POSTAGE
FIRST-CLASS
062S0011238745

# Haley Carter

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loss Mitigation Department/Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432

-----

Consumer Information

-----

Consumer First name:Duane
Consumer Middle Initial/Middle Name: C
Consumer Last name:Beedle
Consumer Suffix:
Property Address line 1:389 Knowles Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Belgrade
Property Address State:
Property Address zip code:04917
Property Address County:Kennebec

-----

Notification Details

-----

Date notice was mailed:8/5/2022
Amount needed to cure the default:79,658.36 Consumer Address line 1:389 Knowles Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Belgrade
Consumer Address State:ME
Consumer Address zip code:04917

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Haley Carter**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, August 5, 2022 11:44 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loss Mitigation Department/Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432

-----

Consumer Information

-----

Consumer First name:Julie
Consumer Middle Initial/Middle Name: A
Consumer Last name:Beedle
Consumer Suffix:
Property Address line 1:389 Knowles Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Belgrade
Property Address State:
Property Address zip code:04917
Property Address County:Kennebec

-----

Notification Details

-----

Date notice was mailed:8/5/2022
Amount needed to cure the default:79,658.36 Consumer Address line 1:15 Jolly Roger Lane Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Orris Island
Consumer Address State:ME
Consumer Address zip code:04066
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Haley Carter**

From:        Nobody <nobody@informe.org>
Sent:        Friday, August 5, 2022 11:46 AM
To:          Haley Carter
Subject:     Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loss Mitigation Department/Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432


-----

Consumer Information

-----

Consumer First name:Julie
Consumer Middle Initial/Middle Name: A
Consumer Last name:Beedle
Consumer Suffix:
Property Address line 1:389 Knowles Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Belgrade
Property Address State:
Property Address zip code:04917
Property Address County:Kennebec


-----

Notification Details

-----

Date notice was mailed:8/5/2022
Amount needed to cure the default:79,658.36 Consumer Address line 1:389 Knowles Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Belgrade
Consumer Address State:ME
Consumer Address zip code:04917

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Haley Carter**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, August 5, 2022 11:49 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loss Mitigation Department/Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432

-----

Consumer Information

-----

Consumer First name:Julie
Consumer Middle Initial/Middle Name: A
Consumer Last name:Beedle
Consumer Suffix:
Property Address line 1:389 Knowles Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Belgrade
Property Address State:
Property Address zip code:04917
Property Address County:Kennebec

-----

Notification Details

-----

Date notice was mailed:8/5/2022
Amount needed to cure the default:79,658.36 Consumer Address line 1:PO Box 368 Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Lisbon Falls
Consumer Address State:ME
Consumer Address zip code:04252

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, August 5, 2022 11:47 AM |
| **To:** | Haley Carter |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:hcarter@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loss Mitigation Department/Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432

-----

Consumer Information

-----

Consumer First name:Julie
Consumer Middle Initial/Middle Name: A
Consumer Last name:Beedle
Consumer Suffix:
Property Address line 1:389 Knowles Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Belgrade
Property Address State:
Property Address zip code:04917
Property Address County:Kennebec

-----

Notification Details

-----

Date notice was mailed:8/5/2022
Amount needed to cure the default:79,658.36 Consumer Address line 1:41 Lincoln Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Dresdon
Consumer Address State:ME
Consumer Address zip code:04342
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.


# Doonan, Graves & Long

ATTORNEYS AT LAW | EXCELLENCE

**100 CUMMINGS CENTER, SUITE**
**BEVERLY, MASSACHUSETTS 01**


CERTIFIED MAIL®

FIRST-CLASS

9414 7266 9904 2184 8273 79


US POSTAG

ZIP 01915
02 7H
0001338074

47

MK

Duane C. Beedle
389 Knowles Road
Belgrade, ME 04917

1st NOTICE  7/22
2nd NOTICE  8/6
RETURNED  8/11/22

NIXIE        015   DE 1           0008/2

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 01915611599      *0121-03128-

UNC
04917399546ROI



**Doonan, Graves & Lon**
ATTORNEYS AT LAW | EXCELLENC

100 CUMMINGS CENTER, SUIT
BEVERLY, MASSACHUSETTS 0

CERTIFIED MAIL



9414 7266 9904 2184 8273 48

Julie A. Beedle
41 Lincoln Road
Dresdon, ME 04342



FIRST-CLASS

US POSTAGE

ZIP 01915
02 7H
0001338074

$

☒ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☒ Moved, Left No Address
☐ Unclaimed   ☐ Refused
☐ Attempted - Not Known
☐ No Such Street   ☐ Number

NIXIE     015   DE 1         0008/20

RETURN TO SENDER
TEMPORARILY AWAY
UNABLE TO FORWARD
BC: 01915611599      *0121-03253-0

MK

.. 93█▆██▆█69▆██▆9█          TA
          04342█3█4██6██5 ;



**Doonan, Graves & Longo**

ATTORNEYS AT LAW | EXCELLENCE

100 CUMMINGS CENTER, SUITE 3

BEVERLY, MASSACHUSETTS 019

CERTIFIED MAIL®




FIRST-CLASS

US POSTAGE

ZIP 01915
02 7H
0001338074

$

9414 7266 9904 2184 8273 55

Julie A. Beedle
389 Knowles Road
Belgrade, ME 04917

1st NOTICE_____ 5/8
2nd NOTICE_____
RETURNED_____ 8/10/22

UTF

NIXIE        015   FE 1              0008/2

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 01915611599    *0121-03126-0

UTF

0491 73334621

MK

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 9414726699042184827362

Remove ✕

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**USPS Tracking Plus® Available** ⌄

# In Transit to Next Facility

September 13, 2022

**Get Updates** ⌄




Feedback

---

**Text & Email Updates**                                            ⌄

---

**Tracking History**                                                ⌃

**September 13, 2022**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**September 12, 2022, 7:16 pm**
Arrived at USPS Regional Facility
SHREWSBURY MA DISTRIBUTION CENTER

**September 9, 2022, 12:26 pm**
Unclaimed/Being Returned to Sender

ORRS ISLAND, ME 04066

---

**August 13, 2022**
Reminder to Schedule Redelivery of your item

---

**August 8, 2022, 11:42 am**
Notice Left (No Authorized Recipient Available)
ORRS ISLAND, ME 04066

---

**August 7, 2022, 11:14 pm**
Departed USPS Regional Facility
SOUTHERN ME DISTRIBUTION CENTER

---

**August 6, 2022, 11:24 am**
Arrived at USPS Regional Facility
SOUTHERN ME DISTRIBUTION CENTER

---

**August 6, 2022, 12:48 am**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

**USPS Tracking Plus®** ∨

---

**Product Information** ∨

---

**See Less** ∧

**Tracking Number:** 9414726699042184827331

Remove ✕

Your item was picked up at the post office at 10:12 am on August 8, 2022 in LISBON FALLS, ME 04252.

USPS Tracking Plus® Available ⌄

# ⊘ Delivered, Individual Picked Up at Post Office

August 8, 2022 at 10:12 am
LISBON FALLS, ME 04252

---

## Text & Email Updates ⌄

---

## Tracking History ⌃

**August 8, 2022, 10:12 am**
Delivered, Individual Picked Up at Post Office
LISBON FALLS, ME 04252
Your item was picked up at the post office at 10:12 am on August 8, 2022 in LISBON FALLS, ME 04252.

**August 8, 2022, 10:00 am**
Available for Pickup
LISBON FALLS, ME 04252

**August 7, 2022, 11:41 pm**
Departed USPS Regional Facility
SOUTHERN ME DISTRIBUTION CENTER

**August 6, 2022, 11:24 am**
Arrived at USPS Regional Facility
SOUTHERN ME DISTRIBUTION CENTER

**August 6, 2022, 12:48 am**
Arrived at USPS Regional Facility
BOSTON MA DISTRIBUTION CENTER

---

## USPS Tracking Plus® ⌃