# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 | CIVIL ACTION NO: 1:22-cv-00399-NT |
| Plaintiff | **PLAINTIFF'S FINAL PRETRIAL MEMORANDUM SUPPLEMENT** |
| vs. | RE:<br>389 Knowles Road, Belgrade, ME 04917 |
| Julie A. Beedle and Duane C. Beedle | Mortgage:<br>September 18, 2003<br>Book 7726, Page 296 |
| Defendants | |
| Citibank (South Dakota) N.A.<br>FIA Card Services N.A. | |
| Party-In-Interest | |

NOW COMES the Plaintiff, U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1, by and through its undersigned counsel, and hereby provides this supplement to its Final Pretrial Conference Memorandum, pursuant to Local Rule 16.4 to add three Powers of Attorney recorded at the Kennebec County Registry of Deeds as Exhibits and request that the Court take judicial notice of the prior decision concerning the subject Note and Mortgage, *US Bank National Association v. Beedle,* 236 A.3d 433 (Me. 2020).

Additional Exhibits:

11) Power of Attorney recorded at Book 11803, Page 189.

12) Power of Attorney recorded at Book 12148, Page 248.

13) Power of Attorney recorded at Book 13286, Page 194.

Respectfully Submitted,

Dated:  March 29, 2024                                     /s/John A. Doonan, Esq
                                                            John A. Doonan, Esq. Bar No. 003250
                                                            Attorney for Plaintiff
                                                            Doonan, Graves & Longoria, LLC
                                                            100 Cummings Center, Suite 303C
                                                            Beverly, MA 01915
                                                            (978) 921-2670
                                                            JAD@dgandl.com

**CERTIFICATE OF SERVICE**

I, John A. Doonan, Esq., hereby certify that on March 29, 2024, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

                                                            /s/John A. Doonan, Esq.
                                                            John A. Doonan, Esq. Bar No. 005746
                                                            Attorney for Plaintiff
                                                            Doonan, Graves & Longoria, LLC
                                                            100 Cummings Center, Suite 303C
                                                            Beverly, MA 01915
                                                            (978) 921-2670
                                                            JAD@dgandl.com

Paul Brunetti, Esq.
Clifford and Golden PO Box 368
Lisbon Falls, ME 04252

Citibank (South Dakota) N.A.
701 East 60th Street, North
Sioux Falls, SD 57104

FIA Card Services
1100 North King Street
Wilmington, DE 19801