# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK N.A., | ) |
| | ) |
|       **Plaintiff** | ) |
| | ) |
| v. | )     No. 1:22-cv-00399-NT |
| | ) |
| JULIE A. BEEDLE et al., | ) |
| | ) |
|       **Defendants** | ) |

## FINAL PRETRIAL CONFERENCE
## REPORT AND ORDER

On April 3, 2024, I conducted a final pretrial conference in this matter. Attorney Doonan appeared for the Plaintiff, and Attorney Brunetti appeared for the Defendants. The following issues were addressed and will govern the trial of this case.

### I. Case Description

This is a foreclosure matter involving real property located at 389 Knowles Road in Belgrade. At the outset of the conference, Attorney Brunetti orally moved to move this case to the June 2024 trial list to facilitate a possible sale of the property and resolution of this matter, and I **GRANTED** that motion without objection. Attorney Doonan orally moved for protection from trial on Mondays in June (June 3, 10, 17, and 24, 2024), and I **GRANTED** that motion without objection.

### II. Trial Preparation

1. *Discovery*. Discovery is complete. The parties indicated that there are no outstanding discovery disputes that require the Court's involvement.

2. *Motions*. Because this is a bench trial, motions in limine are likely unnecessary. Attorney Doonan anticipates filing a motion for default judgment against defaulted parties Citibank South Dakota, N.A., and FIA Card Services, N.A., to which Attorney Brunetti anticipates filing no objection. Any motions shall be filed by May 24, 2024, and any objections shall be filed by May 31, 2024. No reply memoranda shall be permitted.

3. *Maximum Number of Trial Days*.  The case will require no more than one trial day based on an 8:30 a.m. to 12:30 p.m. schedule.

### III.  Trial Schedule

4. *Trial Period*.  The case will be tried during the period beginning June 4, 2024, and ending June 28, 2024.

5. *Trial Protection Periods*.  The parties are protected from trial on Monday, June 3, Monday, June 10, Monday, June 17, and Monday, June 24, 2024.

6. *Tentative Trial Start Date*.  The trial is tentatively scheduled to begin on June 5, 2024, at 8:30 a.m. but is subject to beginning on another date during the trial period as the Court's schedule may require.  The trial day will commence at 8:30 a.m. and end at 12:30 p.m., unless otherwise adjusted by the Court.

7. *Settlement Notice*.  The parties shall inform the Clerk's Office whether the case is settled or firm for trial by May 31, 2024.

### IV.  Trial Process

8. *Stipulations*.  The parties shall file any agreed-to stipulations by May 31, 2024.

9. *Depositions*.  The parties do not anticipate the use of deposition transcripts or videos in this case.

10. *Exhibits*.  The parties shall exchange exhibits by May 24, 2024.  The parties shall jointly prepare a consolidated list of all exhibits to be offered at trial, employing the form available on the Court's website (www.med.uscourts.gov/forms), by May 31, 2024.

11. *Witnesses*.  Each party shall file its witness list by May 24, 2024.  For each witness, the list shall indicate (1) the witness's name and address, (2) whether the witness is a fact witness or an expert witness, (3) a concise statement of the general subject matter of the witness's testimony, and (4) an estimate of the time required for the direct examination of the witness.

12. *Trial Brief*.  Each party shall file by May 24, 2024, a trial brief setting forth the significant factual and legal issues to be presented at trial and the party's position on each identified issue.  The trial brief shall not exceed ten pages in length.

13. *Proposed Findings of Fact and Conclusions of Law*.  The parties shall submit proposed findings of fact and conclusions of law as directed by the Court.

14. *Trial Management Conference*.  The parties may request an additional trial management conference by contacting the Clerk's Office.

*SO ORDERED*.

## *NOTICE*

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: April 3, 2024

/s/ Karen Frink Wolf
United States Magistrate Judge