UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1<br><br>Plaintiffs,<br><br>v.<br><br>Julie A. Beedle and Duane C. Beedle.,<br><br>Defendants. | Civil Action No. 1:22-cv-00399-NT |

## MOTION TO CONTINUE

NOW COME Defendants through undersigned counsel, who move to continue the bench trial scheduled for June 25, 2024 as follows:

1. Defendant Duane Beedle occupies the property in dispute and wishes to retain said property.
2. Defendant Duane Beedle has been actively pursuing several options with the objective of working out a solution that will preserve his residence.
3. The parties continue to discuss potential options for resolution of the matter and have been in frequent communication.
4. Upon belief, a workout application is still pending with the lender.
5. Defendant Duane Beedle has submitted an application to the Maine Housing HAF program, however it is still under review on a waiting list.
6. Defendant is hopeful that such applications will result in resolving the pending matter, however it does not appear that either pending option will be able to be acted upon or considered prior to trial.
7. Defendant requests the bench trial scheduled for June 25 be continued for 30 days.
8. Counsel for Defendant does not have a position of Plaintiff for this request.

Respectfully Submitted,

Date: June 17, 2024 /s/ Paul J. Brunetti
Attorney for Plaintiffs #4900

Clifford & Golden, P.A.
PO Box 368
Lisbon Falls, ME 04252
(207) 353-9366
pbrunetti@cliffordangolden.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>Julie A. Beedle and Duane C. Beedle.,<br><br>　　　　　　　Defendant. | Civil Action No. 1:22-cv-00399-NT |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been forwarded at even date herewith to all those persons listed below as follows:

The following parties will be served using the CM/ECF System:

**John Doonan, Reneau J. Longoria, Counsel for Plaintiff, US Bank National Association**

| | |
|---|---|
| Dated June 26, 2024 | /s/ Paul J. Brunetti<br>Paul J. Brunetti, Esq. #4900 |

Clifford & Golden
PO Box 368
Lisbon Falls, ME 04252
(207)353-9366
pbrunetti@cliffordandgolden.com