UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1** | **CIVIL ACTION NO: 1:22-cv-00399-NT** |
| **Plaintiff** | **MOTION FOR CORPORATE WITNESS TO APPEAR VIA ZOOM** |
| vs. | **RE:**<br>**389 Knowles Road, Belgrade, ME 04917** |
| **Julie A. Beedle and Duane C. Beedle** | Mortgage:<br>**September 18, 2003**<br>**Book 7726, Page 296** |
| **Defendants**<br>**Citibank (South Dakota) N.A.**<br>**FIA Card Services N.A.** | |
| **Party-In-Interest** | |

**NOW COMES** the Plaintiff in this matter, U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1, by and through undersigned counsel, and hereby requests that this Honorable Court allow Plaintiff's Corporate Witness, Marc Berninger, to appear at the trial scheduled for November 6, 2024, via Zoom Video Conference. As grounds therefore, Plaintiff states that its corporate witness has requested to appear via Zoom due to multiple Deposition and Trial Appearances, and to conserve resources, reduce costs, promote the health and safety of employees and members of the public by avoiding having Plaintiff's witness travel from out of state to appear and testify. Attorney John A. Doonan will appear personally at the Courthouse in Portland.

**WHEREFORE**, the Plaintiff requests that this Honorable Court allow Plaintiff's Corporate Witness, Marc Berninger, be allowed to appear at the November 6, 2024 trial via Zoom

Video Conference.

DATED:  October 31, 2024

                                          <u>/s/John A. Doonan, Esq.</u>
                                          John A. Doonan, Esq. Bar No. 3250
                                          Reneau J. Longoria, Esq. Bar No. 005746
                                          Attorney for Plaintiff
                                          Doonan, Graves & Longoria, LLC
                                          100 Cummings Center, Suite 303C
                                          Beverly, MA 01915
                                          (978) 921-2670
                                          RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, John A. Doonan, Esq., hereby certify that on this 31th day of October, 2024 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ A. Doonan, Esq.
John A. Doonan, Esq. Bar No. 3250
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## SERVICE LIST

Paul Brunetti
Clifford and Golden PO Box 368
Lisbon Falls, ME 04252

Citibank (South Dakota) N.A.
701 East 60th Street, North
Sioux Falls, SD 57104

FIA Card Services
1100 North King Street
Wilmington, DE 19801